fnldecac (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

David Wylie Jr.  
PO Box 24  
Laceyville, PA 18623

Chapter 7  
Case No. 5:16–bk–03186–JJT

Last four digits of Social–Security, Individual Taxpayer–Identification, Employer Tax–Identification No(s)(if any):  
xxx–xx–4815

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Mark J. Conway (Trustee)**

is discharged as trustee of the estate of the above–named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: November 14, 2016

BY THE COURT  
By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk